IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRENDA RIGGS**                                                                                        **PLAINTIFF**

v.                              No. 4:22-cv-1017-DPM

**HARTFORD LIFE & ACCIDENT
INSURANCE COMPANY; COMPUTER
SCIENCES CORPORATION; and
DXC TECHNOLOGY SERVICES LLC**                                 **DEFENDANTS**

ORDER

Riggs's unopposed motion for attorney's fees and costs, *Doc. 34*, is granted as modified. 11 U.S.C. § 1132(g); *Lawrence v. Westerhaus*, 749 F.2d 494, 495-96 (8th Cir. 1984). The hourly rate ($250.00) and the time spent (36.2 hours) are reasonable. While all of the out-of-pocket expenses may not be costs as defined by Federal Rule of Civil Procedure 54 and 28 U.S.C. § 1920, they are all the kinds of expenses routinely billed to the client in this District. They're thus part of a reasonable fee. The Court therefore awards Riggs the total requested — $10,461.20 — as a reasonable attorney's fee and costs.

The Court notes and appreciates the parties' stipulated (with appeal rights reserved) benefit and pre-judgment interest calculation. Judgment will issue.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 May 2024