# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**BRENDA RIGGS**                                            **PLAINTIFF**

**v.**                          **No. 4:22-cv-1017-DPM**

**HARTFORD LIFE & ACCIDENT
INSURANCE COMPANY;  COMPUTER
SCIENCES CORPORATION; and
DXC TECHNOLOGY SERVICES LLC**                **DEFENDANTS**

### JUDGMENT

Riggs is entitled to recover all unpaid long-term disability benefits, offset by her Social Security benefits, with pre-judgment interest.  She is also entitled to long-term disability benefits in the future, subject to all applicable policy terms.  The Court enters judgment for Riggs against Hartford Life & Accident Insurance Company, Computer Sciences Corporation, and DXC Technology Services LLC for a total of $41,061.20.  That represents the stipulated amount of unpaid benefits plus pre-judgment interest of $30,600.00 and a reasonable attorney's fee and costs of $10,461.20.  Post-judgment interest will accrue at 5.17% per annum from today until this Judgment is paid in full.  28 U.S.C. § 1961(a)-(b).

_____
D.P. Marshall Jr.
United States District Judge

29 May 2024